### Supreme Court, Appellate Division
### Third Judicial Department

Decided and Entered:  April 14, 2016           106658
_____

THE PEOPLE OF THE STATE OF
    NEW YORK,
                    Respondent,

          v                                MEMORANDUM AND ORDER

JENNIFER WILLIAMS,
                    Appellant.
_____

Calendar Date:  February 23, 2016

Before:  McCarthy, J.P., Garry, Rose and Devine, JJ.

_____

        Martin J. McGuinness, Saratoga Springs, for appellant.

        Andrew J. Wylie, Special Prosecutor, Plattsburgh, for
respondent.

_____

        Appeal from a judgment of the County Court of Franklin
County (Main Jr., J.), rendered March 3, 2014, convicting
defendant upon her plea of guilty of the crime of attempted
promoting prison contraband in the first degree.

        In satisfaction of a multicount indictment, defendant
pleaded guilty to the reduced charge of attempted promoting
prison contraband in the first degree, waived her right to appeal
and was sentenced, as a second felony offender, in accordance
with the plea agreement to the minimum prison term of 1½ to 3
years.  Defendant now appeals.

        Appellate counsel seeks to be relieved of his assignment of
representing defendant on the ground that there are no
nonfrivolous issues to be raised on appeal.  Based upon our
review of the record, we agree.  Therefore, the judgment is

affirmed and counsel's request for leave to withdraw is granted (see People v Cruwys, 113 AD2d 979, 980 [1985], lv denied 67 NY2d 650 [1986]; see generally People v Stokes, 95 NY2d 633 [2001]).

McCarthy, J.P., Garry, Rose and Devine, JJ., concur.


ORDERED that the judgment is affirmed, and application to be relieved of assignment granted.



ENTER:

Robert D. Mayberger
Clerk of the Court